```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                 Case No. 14-02763-HWV
Richard Shannon Homrighausen                                           Chapter 13
Tammy Lynn Homrighausen
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson              Page 1 of 2                  Date Rcvd: Oct 22, 2019
                             Form ID: fnldecnd          Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db/jdb         +Richard Shannon Homrighausen,    Tammy Lynn Homrighausen,    6270 Huntingdon Street,
                 Harrisburg, PA 17111-4363
4503952        +Beneficial/hfc,    Po Box 3425,   Buffalo, NY 14240-3425
4546123        +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4503959       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,   Kansas City, MO 64195)
4503958        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
4503961        +Ditech.com/GMAC Mortgage,    Attn: Bankruptcy,    1100 Virginia Dr,
                 Fort Washington, PA 19034-3276
4503962        +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,   Newtown, CT 06470-0837
4503963        +Frdm/cbsd,    Po Box 2017,   Eltin, IL 60121-2017
4503967         Girl Scouts of America,    420 5th Avenue,    New York, NY 10018-2798
4503970        +Loans Usa,    3872 Union Deposit,    Harrisburg, PA 17109-5919
4541636         M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
4503971        +M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
4503977        +PPL Electric Utilities,    651 Delp Rd,   Lancaster, PA 17601-3034
4503976        +Penn Waste,    PO Box 3066,   York, PA 17402-0066
4505418        +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
4503979        +Santander Bank Na,    1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
4503980        +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
4503986        +Torres Crdit,    Tcs Inc.,   Po Box 189,   Carlisle, PA 17013-0189
4503969       ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
                 (address filed with court: Homeq Servicing,    P.o. Box 13716,   Sacramento, CA 95853)
4503988        +Waypoint Bank,    449 Eisenhower Blvd,   Harrisburg, PA 17111-2301
4503990        +Wffnatbank,    Bankruptcy,   4137 121st St,    Urbandale, IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 22 2019 19:07:30     Green Tree Servicing LLC,
                 P.O. Box 6154,   Rapid City, SD  57709-6154
4503951        +E-mail/Text: EBNProcessing@afni.com Oct 22 2019 19:07:40     Afni, Inc.,   Attn: Bankruptcy,
                 Po Box 3097,   Bloomington, IL 61702-3097
4508809         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2019 19:14:17
                 American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
4508816        +E-mail/Text: bnc@atlasacq.com Oct 22 2019 19:07:26     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4503953        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:16     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
4503954        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:39     Cap1/berpl,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
4503955        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:39     Cap1/bontn,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
4503956        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:17     Cap1/bstby,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
4503960        +E-mail/Text: Paige@reducear.com Oct 22 2019 19:07:47     Collection Bur Ft Walt,
                 711 Eglin Pkwy E,   Fort Walton Beach, FL 32547-2527
4503968         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
4560379         E-mail/Text: bankruptcy.bnc@ditech.com Oct 22 2019 19:07:30     Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
4503965        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27     Gecrb/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
4503964        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27     Gecrb/armstrong,    Po Box 981439,
                 El Paso, TX 79998-1439
4503966       ++E-mail/Text: bankruptcy@sccompanies.com Oct 22 2019 19:07:50     Ginnys/Swiss Colony Inc,
                 Attn: Bankruptcy,   1112 7th Ave,   Monroe, WI 53566-1364
4516064        +E-mail/Text: kab@jsdc.com Oct 22 2019 19:07:28     Girl Scouts in the Heart of Pennsylvania,
                 c/o Kimberly A. Bonner, Esquire,    PO Box 650,   Hershey, PA 17033-0650
4503972        +E-mail/Text: bankruptcy@matcotools.com Oct 22 2019 19:07:49     Matco Tools,   Attn: Carrie,
                 4403 Allen Rd,   Stow, OH 44224-1096
4503973        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 22 2019 19:07:37     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
4503974        +E-mail/Text: Bankruptcies@nragroup.com Oct 22 2019 19:07:48     National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
4503975        +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Oct 22 2019 19:14:29     Ncep Llc,
                 3715 Davinci Ct Ste 200,    Norcross, GA 30092-2749
4513846         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2019 19:07:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4503983          E-mail/PDF: cbp@onemainfinancial.com Oct 22 2019 19:14:40      Springleaf Financial Services,
                  Attention: Bankruptcy Department,    Po Box 3251,    Evansville, IN 47731
4503978         +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26      Sams Club / GEMB,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
4503981         +E-mail/Text: bankruptcy@sccompanies.com Oct 22 2019 19:07:50      Seventh Ave,    1112 7th Ave,
                  Monroe, WI 53566-1364
4503982         +E-mail/Text: bankruptcy@sccompanies.com Oct 22 2019 19:07:50      Seventh Avenue,    1112 7th Ave,
                  Monroe, WI 53566-1364
4519442         +E-mail/Text: bankruptcy@sccompanies.com Oct 22 2019 19:07:50      Seventh Avenue,
                  c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
4503984         +E-mail/Text: buspriv@swataratwp.com Oct 22 2019 19:07:44      Swatara Twp,    599 Eisenhower Blvd,
                  Harrisburg, PA 17111-2398
4503985          E-mail/Text: bankruptcy@td.com Oct 22 2019 19:07:38      Td Bank N.a.,
                  Td Bank Na-Attn: Bankruptcy Department,    Po Box 1377,    Lewsiton, ME 04243
4521559         +E-mail/Text: bankruptcy@sccompanies.com Oct 22 2019 19:07:50      The Swiss Colony,
                  c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
4527961          E-mail/Text: bkrcy@ugi.com Oct 22 2019 19:07:44      UGI Utilities Inc,
                  225 Morgantown Rd PO Box 13009,    Reading, PA 19612-3009
4503987          E-mail/Text: bkrcy@ugi.com Oct 22 2019 19:07:44      UGI Utilities, Inc.,    PO Box 15523,
                  Wilmington, DE 19886
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4503957          Cap1/rhode
4503989          Webbank/fingerhut
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Green Tree Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Richard Shannon Homrighausen spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Tammy Lynn Homrighausen spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Shannon Homrighausen,            Chapter     13

**Debtor 1**

                                                             Case No.     1:14–bk–02763–HWV

Tammy Lynn Homrighausen,

**Debtor 2**

Social Security No.:
                         xxx–xx–9552            xxx–xx–0412

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                                   **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Richard Shannon Homrighausen and Tammy Lynn Homrighausen** in accordance with §1328 of the Bankruptcy Code.

Dated: October 22, 2019                                           By the Court,

                                                                                 Honorable Henry W. Van Eck
                                                                                  United States Bankruptcy Judge
                                                                                  By: TWilson, Deputy Clerk

**fnldec** (05/18)